On appellant's motion for reconsideration filed July 8, motion to reconsider granted; opinion (220 Or App 671, 188 P3d 359) modified and adhered to as modified November 19, 2008

## INTERSTATE ROOFING, INC.,
*Plaintiff-Respondent,*

*v.*

## SPRINGVILLE CORPORATION,
fka Springville Associates, Inc.,
*Defendant-Appellant,*

*and*

## M&T REAL ESTATE, INC.,
*Defendant.*

Washington County Circuit Court
C043118CV; A135686

197 P3d 27

James N. Westwood and Stoel Rives LLP, and Jeffrey M. Batchelor and Markowitz, Herbold, Glade & Mehlhaf, P.C., for petition.

Before Schuman, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

In *Interstate Roofing, Inc. v. Springville Corp.*, 220 Or App 671, 188 P3d 359 (2008), we modified on reconsideration, but adhered to, our earlier opinion in *Interstate Roofing, Inc. v. Springville Corp.*, 217 Or App 412, 177 P3d 1 (2008). Springville Corporation now petitions for reconsideration of the modified opinion, noting that a parenthetical statement in the opening paragraph could be seen as inconsistent with the actual outcome of the case as reflected in the last sentence of the opinion: "Springville's negligence claim was not conclusively resolved until entry of the general judgment." 220 Or App at 680-81. To clarify, we now modify our modified opinion by deleting the following at 220 Or App at 673:

"(we should have granted the motion in its entirety rather than granting it in part and denying it in part)."

Motion to reconsider granted; opinion modified and adhered to as modified.